AO 10
Rev. 1/2019

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Constantine, Katherine A. | Minnesota Bankruptcy Court | 05/03/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| US Bankruptcy Court Judge | ☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br>5b. ☐ Amended Report | 01/01/2018<br>to<br>12/31/2018 |

**7. Chambers or Office Address**

Suite 206
316 No Robert Street
St Paul MN 55101

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Trust #1 |
| 2. | Conservator/Guardian Payee | Twin City Federal Account #1 |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2013/2014 | Dorsey & Whitney LLP (former law firm) Retirement Payment Agreement, fixed payments/no control |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2018 | Dorsey & Whitney LLP-retirement and pension | $84,286.50 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2016 | Brocade Communication Systems, Inc. - salary & bonus |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | National Conference of Bankruptcy Judges | October 28-31, 2018 | San Antonio, TX | meetings and educational programs | partial lodging |
| 2. | American Bankruptcy Institute/Midwestern Bankruptcy Institute | October 11-12, 2018 | Kansas City, MO | educational programs/ speaker | travel, food, lodging, registration fee |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Constantine, Katherine A. | 05/03/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Constantine, Katherine A. | 05/03/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Brokerage #1 (H) | | | | | | | | | |
| 2. USB Dep Acct (cash account) | A | Interest | K | T | | | | | |
| 3. AT&T (common) | A | Dividend | | | Sold | 06/26/18 | K | | |
| 4. FT-Preferred Secur & Inc (ETF) | A | Dividend | K | T | Buy | 06/26/18 | K | | |
| 5. Global X Fd NASDAQ 100 Covered Call (ETF) | | None | K | T | Spinoff (from line 6) | 12/24/18 | K | | See part VIII |
| 6. Horizons NASDAQ 100 Covered Call (ETF) | A | Dividend | | | Buy | 06/26/18 | K | | |
| 7. | | | | | | 12/24/18 | | | See part VIII |
| 8. Invesco Financial Preferred(ETF) | A | Dividend | K | T | Spinoff (from line 15) | 06/01/18 | | | See part VIII |
| 9. Proctor & Gamble (common ) | A | Dividend | | | Buy (add'l) | 03/27/18 | J | | |
| 10. | | | | | Sold | 06/26/18 | K | B | |
| 11. Select Sector Spdr Tr Utilities Sector (Index Fd) | A | Dividend | K | T | | | | | |
| 12. Southern Co. (common) | A | Dividend | J | T | | | | | |
| 13. Target (common) | A | Dividend | K | T | | | | | |
| 14. Xcel Energy (common ) | A | Dividend | K | T | | | | | |
| 15. Powershares Finl pfd (ETF) | A | Dividend | | | | 06/01/18 | | | See part VIII |
| 16. Fridley MN GO (Bond) | A | Interest | K | T | | | | | |
| 17. MN Hsg Pub Svc Rev (Bond) | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Constantine, Katherine A. | 05/03/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Mpls MN Library GO (Bond) | A | Interest | K | T | | | | | |
| 19. Mpls MN Spl Sch Dist GO (Bond) | A | Interest | K | T | | | | | |
| 20. MN St GO Various Purp GO (Bond) | A | Interest | K | T | | | | | |
| 21. MN St GO Trunk Hwy (Bond) | A | Interest | | | Sold | 09/14/18 | K | | |
| 22. MN Hsg Res Rev (Bond) | B | Interest | K | T | Redeemed (part) | 07/01/18 | J | | |
| 23. U S Treasury Note (Bond) | A | Interest | K | T | Buy | 09/14/18 | K | | |
| 24. | | | | | | | | | |
| 25. Brokerage #2 (H) | | | | | | | | | |
| 26. UBS RMA Gov't Money Mkt Fd | A | Interest | J | T | | | | | |
| 27. Invesco Diversified Divs (Mutual Fd) | A | Dividend | K | T | | | | | |
| 28. (Metropolitan West Ttl Retrn (Mutual Fd) | A | Dividend | K | T | | | | | |
| 29. Anoka Cnty MN GO (Bond) | A | Interest | K | T | | | | | |
| 30. | | | | | | | | | |
| 31. Brokerage #3 (H) | | | | | | | | | |
| 32. UBS USA Deposit (money market) | A | Interest | L | T | | | | | |
| 33. Activision Blizzard (common) | | None | | | Sold | 01/08/18 | J | B | |
| 34. Adobe Systems (common) | | None | K | T | Buy (add'l) | 01/08/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Constantine, Katherine A. | 05/03/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold (part) | 06/26/18 | J | C | |
| 36. Alphabet FKA Google (common) | | None | K | T | Sold (part) | 06/29/18 | J | B | |
| 37. Amazon (common) | | None | K | T | | | | | |
| 38. Apple (common) | A | Dividend | K | T | Sold (part) | 06/26/18 | J | B | |
| 39. AT&T (pfd) | | None | K | T | Buy | 12/17/18 | K | | |
| 40. Biogen (commom) | | None | | | Sold | 01/08/18 | J | B | |
| 41. Blackrock Municipal (mutual fund) | A | Dividend | | | Sold (part) | 11/13/18 | J | | See part VIII |
| 42. | | | | | Sold | 12/17/18 | J | | See part VIII |
| 43. Boeing (common) | | None | | | Sold | 01/08/18 | J | D | |
| 44. Broadcom Inc (common) | A | Dividend | K | T | Spinoff (from line 47) | 04/04/18 | | | See part VIII |
| 45. | | | | | Sold (part) | 08/13/18 | J | A | |
| 46. | | | | | Sold (part) | 09/24/18 | J | C | |
| 47. Broadcom Ltd (common) | A | Dividend | | | | 04/04/18 | | | See part VIII |
| 48. Carnival Corp (common) | | None | | | Sold | 01/08/18 | J | A | |
| 49. Chevron Corp. (common) | | None | | | Sold | 01/08/18 | J | B | |
| 50. Comcast Corp (class A) | A | Dividend | | | Sold | 05/10/18 | J | C | |
| 51. Costco Wholesale (common) | A | Dividend | K | T | Sold (part) | 06/26/18 | J | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Constantine, Katherine A. | 05/03/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Sold (part) | 06/29/18 | J | A | |
| 53. Delta Airlines (common) | | None | | | Sold | 01/08/18 | J | C | |
| 54. Donaldson Co (common) | A | Dividend | | | Sold | 06/26/18 | K | | See part VIII |
| 55. Eli Lilly (common) | A | Dividend | | | Buy (add'l) | 01/08/18 | K | | |
| 56. | | | | | Sold | 06/26/18 | K | B | |
| 57. Facebook (common) | | None | | | Buy (add'l) | 01/08/18 | J | | |
| 58. | | | | | Sold | 06/26/18 | K | D | |
| 59. Ford (common) | B | Dividend | | | Buy (add'l) | 09/14/18 | K | | |
| 60. | | | | | Sold | 12/17/18 | K | | See part VIII |
| 61. FT Pfd Sec & Inc (ETF) | B | Dividend | | | Sold (part) | 09/14/18 | K | | See part VIII |
| 62. | | | | | Sold | 12/17/18 | K | | See part VIII |
| 63. Home Depot (common) | A | Dividend | K | T | Sold (part) | 06/29/18 | J | C | |
| 64. Honeywell Int'l | | None | | | Sold | 01/08/18 | J | B | |
| 65. Invesco Financial | A | Dividend | | | | 06/01/18 | | | See part VIII |
| 66. | | | | | Sold | 12/17/18 | K | | See part VIII |
| 67. Ishares IBonds 2022 (ETF) | A | Dividend | K | T | | | | | |
| 68. Ishares Natl Muni Bd (ETF) | A | Dividend | K | T | Buy | 11/13/18 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Constantine, Katherine A. | 05/03/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Buy (add'l) | 12/17/18 | J | | |
| 70. JP Morgan pfd (pfd) | | None | | | Buy | 05/10/18 | K | | |
| 71. | | | | | Sold | 06/26/18 | K | A | |
| 72. Microsoft Corp (common) | A | Dividend | K | T | Sold (part) | 06/26/18 | J | B | |
| 73. | | | | | Sold (part) | 06/29/18 | J | C | |
| 74. Nextera Energy (common) | | None | | | Sold | 01/08/18 | J | B | |
| 75. Nvidia (common) | A | Dividend | | | Sold | 12/17/18 | J | | See part VIII |
| 76. Pepsico (common) | A | Dividend | | | Buy (add'l) | 01/08/18 | K | | |
| 77. | | | | | Sold | 06/26/18 | K | A | |
| 78. Powershares Financial (ETF) | A | Dividend | | | Merged (with line 65) | 06/01/18 | | | See part VIII |
| 79. Raytheon Corp (common) | A | Dividend | | | Sold | 02/01/18 | J | B | |
| 80. Select Fin'l Sector SPDR Tr (ETF) | A | Dividend | | | Sold | 06/26/18 | J | E | |
| 81. Stryker Corp (common) | A | Dividend | | | Sold | 01/08/18 | J | B | |
| 82. US Bancorp (pfd) | | None | K | T | Buy | 01/19/18 | K | | |
| 83. Vanguard S & P Small Cap (mutuial fd) | A | Dividend | | | Sold | 12/17/18 | K | | See part VIII |
| 84. Vulcan Materials (common) | A | Dividend | | | Sold | 01/10/18 | J | C | |
| 85. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | | | | | |
| 87. | | | | | | | | | |
| 88. Brokerage #5 (H) | | | | | | | | | |
| 89. UBS Bank USA Dep Acct (money mkt fd) | A | Interest | J | T | | | | | |
| 90. Blackrock Eq Div Tr (ETF) | B | Dividend | K | T | Sold (part) | 06/26/18 | J | B | |
| 91. Brighthouse Shield (Annuity) | | None | M | T | Buy | 06/27/18 | M | | See part VIII |
| 92. Delaware Invts MN Muni Inc (mutual fund) | A | Dividend | | | Sold | 06/26/18 | K | | See part VIII |
| 93. MN Hsg Pub Human Svc (Bond) | A | Interest | K | T | | | | | |
| 94. Orono MN School Dist (Bond) | A | Dividend | | | Sold | 09/14/18 | K | | See part VIII |
| 95. U S Treasury Note (Bond) | A | Interest | K | T | Buy | 09/14/18 | K | | |
| 96. Verizon Communications (common) | A | Dividend | K | T | | | | | |
| 97. Xcel Energy (common) | A | Dividend | K | T | | | | | |
| 98. | | | | | | | | | |
| 99. | | | | | | | | | |
| 100. | | | | | | | | | |
| 101. Brokerage Acct #7 (H) | | | | | | | | | |
| 102. UBS Bank USA Dep Acct (cash account) | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Constantine, Katherine A. | 05/03/2019 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Amer Fds Euro Pac Gr (mutual fund) | B | Dividend | K | T | | | | | |
| 104. Apple Inc | A | Dividend | K | T | Buy | 06/26/18 | K | | |
| 105. Dodge & Cox Fund Int'l Stock (mutual fund) Class F | B | Dividend | L | T | | | | | |
| 106. Dodge & Cox Income (mutual fund) Class I | C | Dividend | M | T | Buy (add'l) | 03/23/18 | L | | |
| 107. Fidelity Int'l Gr Fd (mutual Fd) | A | Dividend | K | T | Buy | 06/27/18 | K | | |
| 108. Fidelity New Insights (cl i mutual fund) | E | Dividend | M | T | | | | | |
| 109. First Trust Pfd Income Fd (ETF) | B | Dividend | K | T | | | | | |
| 110. First Trust Exchange Fd (mutual fund) | A | Dividend | K | T | | | | | |
| 111. Global X Fd | | None | K | T | Spinoff (from line 112) | 12/24/18 | | | see part VIII |
| 112. Horizons NASDAQ | B | Dividend | | | Buy | 06/26/18 | K | | |
| 113. | | | | | | 12/24/18 | | | see part VIII |
| 114. IShares Core S&P Midcap (ETF) | A | Dividend | K | T | Buy | 06/26/18 | K | | |
| 115. IShares Russell 1000 Gr (ETF) | A | Dividend | L | T | | | | | |
| 116. IShares Russell 1000 Value (ETF) | C | Dividend | M | T | | | | | |
| 117. IShares S&P Sm Cap 600 (ETF) | B | Dividend | L | T | | | | | |
| 118. Mairs & Power Fd Sm Cap Fd (mutual fund) | A | Dividend | K | T | | | | | |
| 119. Metropolitan West Total Return Bond (mutual fund) | D | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Constantine, Katherine A. | 05/03/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. MFS Div Inc (mutual fund) | A | Dividend | | | Sold | 03/23/18 | L | A | |
| 121. Parnassus Core Equity Fd (mutual fund) | A | Dividend | | | Sold | 06/26/18 | M | E | |
| 122. T Rowe Price Gr Stk (mutual fund) | D | Dividend | M | T | | | | | |
| 123. The Hartford Midcap Fd (mutual fund) | C | Dividend | K | T | Buy | 06/27/18 | K | | |
| 124. Vanguard Total Bond Market (ETF) | B | Dividend | L | T | | | | | |
| 125. Vanguard Admiral S&P MidCap400 Index (ETF) | A | Dividend | K | T | | | | | |
| 126. Vanguard Admiral S&P Sm Cap 600 Index (ETF) | A | Dividend | K | T | | | | | |
| 127. Vanguard IntDiv Appr Index (ETF) | A | Dividend | K | T | Buy | 06/26/18 | K | | |
| 128. Wisdom Tree US MidkCap Div (ETF) | A | Distribution | K | T | Buy | 06/26/18 | K | | |
| 129. Sallie Mae Bk Slt Lake City (C.D.) | A | Interest | | | Redeemed | 11/13/18 | K | | |
| 130. GE Cap Retrail Bk Utah (C.D.) | B | Interest | K | T | | | | | |
| 131. GE Cap Retail Bk Draper Utah(C.D.) | B | Interest | K | T | | | | | |
| 132. Goldman Sachs Bk USA NY (C.D.) | B | Interest | K | T | | | | | |
| 133. AT & T unsecured OID (pfd) | B | Interest | K | T | | | | | |
| 134. AXA Variable Annuity | | None | M | T | | | | | See Part VIII |
| 135. | | | | | | | | | |
| 136. Brokerage #8 (H) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Constantine, Katherine A. | 05/03/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. UBS Bank USA Deposit Acct (cash account) | A | Interest | K | T | | | | | |
| 138. Amazon (common) | | None | K | T | | | | | |
| 139. Amer Fds Euro Pac Gr (cl f-2 mutual fund) | C | Dividend | L | T | | | | | |
| 140. Dodge & Cox Income Fd (mutual fd) | B | Dividend | L | T | Buy (add'l) | 07/12/18 | K | | |
| 141. Dunkin Brands (common) | A | Dividend | K | T | | | | | |
| 142. Fidelity New Insights (mutual fund) | E | Dividend | M | T | | | | | |
| 143. First Trust Pfd Inc (ETF) | B | Dividend | K | T | | | | | |
| 144. Ford (common) | B | Dividend | K | T | | | | | |
| 145. Fundamental Invs (mutual fund) | D | Dividend | M | T | | | | | |
| 146. General Electric (common) | A | Dividend | | | | | | | See part VIII |
| 147. Ishares Biotechnology (ETF) | A | Dividend | K | T | | | | | |
| 148. Ishares Russell Mid Cap Gr (ETF) | A | Dividend | K | T | | | | | |
| 149. Ishares MSCI Switz Capped (ETF) | A | Dividend | K | T | | | | | |
| 150. Invesco Fin'l Pfd (ETF) | A | Dividend | K | T | Spinoff (from line 159) | 06/01/18 | | | See part VIII |
| 151. JP Morgan Chase 6.125% (pfd) | A | Dividend | | | Buy | 01/11/18 | K | | |
| 152. | | | | | Sold | 07/12/18 | K | A | |
| 153. Mairs & Pwr Small Cap Fd (mutual fund) | C | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,000 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Constantine, Katherine A. | 05/03/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154.  Mairs & Powers Growth Fd (mutual fd) | C | Dividend | K | T | Buy (add'l) | 01/11/18 | K | | |
| 155.  Metropolitan West Total Return Bond (mutual fund) | B | Dividend | L | T | | | | | |
| 156.  MFS Growth (mutual fund) | B | Dividend | K | T | | | | | |
| 157.  MFS Utilities Fd (mutual fund) | A | Dividend | | | Sold | 06/26/18 | J | | See part VIII |
| 158.  Parnassus Mid Cap (mutual fd) | B | None | K | T | Buy (add'l) | 06/26/18 | K | | |
| 159.  Powershares Fin'l pfd (ETF) | A | Dividend | | | | 06/01/18 | | | See part VIII |
| 160.  Royal Dutch (ADR) | B | Dividend | K | T | | | | | |
| 161.  Seagate Tech (common) | A | Distribution | | | | | | | See part VIII |
| 162.  Square Inc (common) | | None | K | T | | | | | |
| 163.  Tr for Prof Mgrs Snow Cap Small Cap Value (mutual fd) | | | J | T | | | | | See part VIII |
| 164.  Vanguard Admiral Small Cap Fd (mutual fund) | A | Dividend | K | T | | | | | |
| 165.  Vanguard Admiral Mid Cap 400 Fd (mutual fund) | A | Dividend | K | T | | | | | |
| 166.  Vanguard Div Appr (ETF) | A | Dividend | K | T | | | | | |
| 167.  Xcel Energy (common) | B | Dividend | K | T | Buy (add'l) | 01/11/18 | K | | |
| 168. | | | | | | | | | |
| 169.  Brokerage #9 (H) Etrade | | | | | | | | | |
| 170. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Constantine, Katherine A. | 05/03/2019 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. Twin City Federal Account #1(conservator/ Guardian | | None | J | T | | | | | |
| 172. | | | | | | | | | |
| 173. Account #10 (H) | | | | | | | | | |
| 174. UBS Bank USA Deposit Acct (cash account) | A | Interest | M | T | | | | | |
| 175. Ally Bk Midvale Utah (C.D.) | B | Interest | | | Redeemed (part) | 06/15/18 | K | | See part VIII |
| 176. | | | | | Redeemed | 12/17/18 | K | | See part VIII |
| 177. Goldman Sach Bk Retail (C.D.) | A | Interest | K | T | | | | | |
| 178. American Express Cent Bk (C.D.) | A | Interest | | | Redeemed | 12/04/18 | K | | See part VIII |
| 179. US Treas Note 1.5% (Treas) | | None | K | T | Buy | 06/26/18 | L | | |
| 180. U S Treas Note 3.125% (Treas) | | None | L | T | Buy | 11/13/18 | L | | |
| 181. | | | | | | | | | |
| 182. Trust #1 (H) | | | | | | | | | |
| 183. UBS Bank USA Bank Deposist (money mkt) | A | Interest | J | T | | | | | |
| 184. Sprott Focus Trust | A | Dividend | | | Sold | 05/24/18 | J | | See part VIII |
| 185. Blackrock Equity Div Tr (ETF0 | A | Distribution | J | T | Buy | 05/24/18 | J | | |
| 186. | | | | | | | | | |
| 187. ComputerShare Holdings (H) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Constantine, Katherine A. | 05/03/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. Discover Financial Svcs (comon) | A | Dividend | J | T | | | | | |
| 189. Sears Holding Corp (common) | | None | J | T | | | | | |
| 190. Sears Canada (common) | | None | | | | | | | See part VIII |
| 191. Lands End (common) | | None | J | T | | | | | |
| 192. Advansix Inc (common) | | None | J | T | | | | | |
| 193. | | | | | | | | | |
| 194. Shareowner Online Holdings (H) | | | | | | | | | |
| 195. Honeywell Int'l (common | A | Dividend | J | T | | | | | |
| 196. Allstate Corp (common) | A | Dividend | J | T | | | | | |
| 197. Resideo Tech (common) | | None | J | T | Spinoff (from line 195) | 10/29/18 | | | see part VIII |
| 198. Garrett Motion Inc (common) | | None | J | T | Spinoff (from line 195) | 10/01/18 | | | see part VIII |
| 199. | | | | | | | | | |
| 200. Broadridge (H) | | | | | | | | | |
| 201. Morgan Stanley (common) | A | Dividend | J | T | | | | | |
| 202. | | | | | | | | | |
| 203. U.S. Bank N.A. Accts (cash & CD's) | A | Interest | M | T | | | | | |
| 204. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,000 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Constantine, Katherine A. | 05/03/2019 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. Twin City Federal Acct (Cash) | | None | L | T | | | | | |
| 206. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Constantine, Katherine A. | 05/03/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Line 5, Global X Fds NASDAQ ETF - . Shares were rec'd in exchange from Horizons NASDAQ ETF - no exchange of money. No income rec'd during reporting period

Lines 8 and 15, Invesco shares were rec'd in exchange of Powershares shares- no exchange of money.

Line 33, Activision -No income rec'd during reporting period

Line 34, Adobe Systems - No income received during reporting period

Line 36, Alphabet - No income rec'd during reporting period

Line 37, Amazon - No income rec'd during reporting period

Line 39, AT & T- no income rec'd during reporting period

Line 40, Biogen - No income rec'd during reporting period

Line 43 Boeing - No income rec'd during reporting period

Lines 44 and 47, Broadcom Inc shares were rec'd in exchange for Broadcom LTD shares - No exchange of money.

Line 48, Carnival - No income rec'd during reporting period

Line 49 Chevron -No income rec'd during reporting period

Line 53 Delta - No income rec'd during reporting period

Line 57, Facebook - No income rec'd during reporting period

Line 64 Honeywell - No income rec'd during reporting period

Lines 65 and 78, Invesco shares were rec'd in exchnge of Powershares shares - no exchange of money.

Line 70 JP Morgan - no income rec'd during reporting period

Line 74 Nextara - no income rec'd during reporting period

Line 82 US Bancorp - no income rec'd during the reporting period

Line 91 Brighthouse Annuity - This annuity is invested in a model portfolio that has 34% S&P500, 33% Russell 2000, and 33% MSCI EAFE indicies allocation. I am only able to select the asset allocation percentages between those 3 indexes and that does not change during the holding period.

Lines 111 and 112, Global X Fds NASDAQ ETF - Shares were rec'd in exchange from Horizons NASDAQ ETF - no exchange of money.

Line 134 - AXA Annuity, This annuity is invested in a model portfolio that has 50% moderate allocation and 50% conservative allocation. I am only able to select the asset allocation model, the annuity company makes all investment decisions without consulting me.

Line 146, General Electric - Dividend was rec'd after shares were sold in previous reporting period

Lines 150 and 159, Invesco shares were rec'd in exchange of Powershares shares- no exchange of money.

Line 161 Seagate - Dividend was rec'd after shares were sold in previous reporting period

Line 163 Snowcap Mutual Fund was reported on 2016 report as "sold part" and should have been sold.

Lines 180 and 181 US Treasury Notes - No income rec'd during reporting period

Line 188 American Enterprise - this was sold in 2016

Line 183, Account title/description

Line 190, Sears Canada is the same as Sears Holding

Lines 197 and 198 - Resideo Tech and Garret Motion were both spinoffs from Hoeywell - no exchange of money

| Name of Person Reporting | Date of Report |
|---|---|
| Constantine, Katherine A. | 05/03/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Katherine A. Constantine**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544